# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE A. HOLSOME,
             Appellant,
        vs.
THE STATE OF NEVADA,
             Respondent.

No. 79351

**FILED**

SEP 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The notice of appeal fails to identify any judgments of the district court. To the extent appellant appeals from the judgment of conviction entered on June 13, 2019, the notice of appeal is untimely. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent appellant appeals from the amended judgment of conviction entered on July 29, 2019, appellant is not aggrieved by that judgment. *See* NRA 177.015 (only an aggrieved party may appeal). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

            _____, J.
            Hardesty

_____, J.
Stiglich

            _____, J.
            Silver

19-39354

cc:   Hon. Michael Villani, District Judge
Wayne A. Holsome
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2